# **<u>EXHIBIT A</u>**

**Akorn Holding Company LLC et al**
**Bankruptcy Case No. 23-10253**
**Exhibit A**

| Transferor | Transferee | Transfer Date | Transfer Type | Transfer Amount |
|---|---|---|---|---|
| Akorn Operating Company, LLC | IES Engineers | 12/9/2022 | Wire | $ 19,037.62 |
| Akorn Operating Company, LLC | IES Engineers | 1/6/2023 | Wire | $ 21,301.90 |
| | | | | $ 40,339.52 |