# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: <br><br> AKORN HOLDING COMPANY LLC, *et al.*,[1] <br><br> Debtors. | Chapter 7 <br><br> Case No. 23-10253 (KBO) <br> (Jointly Administered) |
| GEORGE L. MILLER, Chapter 7 Trustee of the bankruptcy estates of Akorn Holding Company LLC, *et al.*, <br><br> Plaintiff, <br><br> v. <br><br> IES ENGINEERS, <br><br> Defendant. | Adv. Proc. No. 25-50141 (KBO) <br><br> **Re: Adv. D.I. 9 & 10** |

**NOTICE OF SERVICE OF PLAINTIFF'S REQUEST FOR ENTRY OF DEFAULT
AND CLERK OF COURT'S ENTRY OF DEFAULT**

I, Paige N. Topper, hereby certify that, on November 12, 2025, copies of *Plaintiff's Request for Entry of Default* against IES Engineers [Adv. D.I. 9] and the Clerk of the Court's *Entry of Default* [Adv. D.I. 10] were served via certified First-Class Mail on the following address:

> IES Engineers
> c/o Ashok K. Soni, President/Member
> 1720 Walton Rd.
> Blue Bell, PA 19422

**SAUL EWING LLP**

*/s/ Paige N. Topper*
Paige N. Topper (DE Bar No. 6470)
1201 N. Market Street, Suite 2300
Wilmington, DE 19801
Telephone: (302) 421-6800
paige.topper@saul.com

---

[1] The Debtors in these Chapter 7 Cases, along with the last four digits of each Debtor's federal tax identification number, are: Akorn Holding Company LLC (9190); Akorn Intermediate Company LLC (6123) and Akorn Operating Company LLC (6184). The Debtors' headquarters was located at 5605 CenterPoint Court, Gurnee, Illinois 60031.

56716343.1 11/13/2025